UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID W. MANN, et al.,<br><br>      Plaintiffs,<br><br>  vs.<br><br>BAYER CORPORATION, et al.,<br><br>      Defendants. | Case No: C 09-4725 SBA<br><br>**ORDER STAYING ACTION**<br><br>Related to: C09-1558 SBA |

    IT IS HEREBY ORDERED THAT Defendants shall notify the Clerk of the United States Judicial Panel on Multidistrict Litigation of the existence of this case for determination of whether it should be transferred as a "tag along" action to <u>In re: Yasmin and Yaz (Drospirenone) Marketing, Sales Practices and Products Liability Litigation</u>, MDL No. 2100. Pending such determination, the above-captioned case is STAYED and all dates and deadlines are VACATED until further Order of the Court.

    IT IS SO ORDERED.

Dated: October 26, 2009

                                                                       _Saundra B. Armstrong_
                                                              SAUNDRA BROWN ARMSTRONG
                                                               United States District Judge